**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ledrew G. Davis<br>Ashley E. Davis<br>　　　　　　　　　　Debtor(s)<br>Flagstar Bank, FSB<br>　　　　　　　　　　Movant<br>　vs.<br>Ledrew G. Davis<br>Ashley E. Davis<br>and<br>SCOTT F. WATERMAN<br>　　　　　　　　　　Respondents | Chapter 13 Proceeding<br><br>Case #: 18-17042-pmm |

**PRAECIPE TO WITHDRAW**
**PROOF OF CLAIM 11-1**

Flagstar Bank, FSB respectfully withdraws its PROOF OF CLAIM 11-1, which was filed on 08/26/2022. The Proof of Claim was erroneously filed in the wrong case.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　**/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　　　　　POWERS KIRN, LLC
　　　　　　　　　　　　　　　　　　　　　　Jill Manuel-Coughlin, Esquire; Atty ID # 63252
　　　　　　　　　　　　　　　　　　　　　　Harry B. Reese, Esquire; Atty ID #310501
　　　　　　　　　　　　　　　　　　　　　　8 Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　　　215-942-2090 phone; 215-942-8661 fax
　　　　　　　　　　　　　　　　　　　　　　bankruptcy@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　Dated: September 1, 2022